**Order entered September 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01430-CR
No. 05-12-01603-CR

**NAKIA LASHUAN FRANKLIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 416-81048-2008, 416-81072-2012**

## ORDER

The Court **REINSTATES** these appeals.

On August 14, 2013, we ordered the trial court to make findings regarding the availability of the reporter's record from the June 19, 2008 guilty plea hearing. On September 4, 2013, we received the record of the plea hearing. Therefore, in the interest of expediting the appeal, we **VACATE** the August 14, 2013 order requiring findings.

We **ORDER** appellant to file a brief within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/    LANA MYERS
          JUSTICE